**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SIYING LIU**, *et al.*,<br><br>Applicants,<br><br>v.<br><br>**ALEJANDRO MAYORKAS**, *in his official capacity as Secretary of Homeland Security, et al.*,<br><br>Defendants,<br><br>and<br><br>**ITSERVE ALLIANCE, INC.,** *et al.*,<br><br>Intervenor-Defendants. | Case No. 1:21-cv-01725 (TNM) |

## ORDER

Upon consideration of the Applicants' motion for summary judgment, Intervenor-Defendants' cross-motion for summary judgment, the Government's cross-motion for summary judgment, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the Applicants' [33] Motion for Summary Judgment is DENIED; it is further

**ORDERED** that the Intervenor-Defendants' [40] Cross-Motion for Summary Judgment is GRANTED; it is further

**ORDERED** that the Government's [42] Cross-Motion for Summary Judgment is GRANTED IN PART insofar as it seeks summary judgment and DENIED IN PART insofar as it argues the Applicants do not have standing.

The Clerk of Court shall close the case.  This is final, appealable order.

**SO ORDERED.**

Dated: March 1, 2022

_____
TREVOR N. McFADDEN, U.S.D.J.